**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 17−30485
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Brian David Bell
6935 Liverpool Court
Indian Land, SC 29707−8730
Social Security No.: xxx−xx−3091

---

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above−referenced debtor(s) did not include the following items:

    Fee Disclosure Statement (Local Form 3)
    Chapter 13 Plan (Local Form 4)
    Local Form 13

**FURTHER NOTICE IS GIVEN** that if the above−referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Bankruptcy Code and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court without further notice or opportunity for hearing.

Dated: March 29, 2017                                                                    Steven T. Salata
                                                                                               Clerk of Court

Electronically filed and signed (3/29/17)